

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2021

No. 04-21-00181-CV

Robert **CORLEY**,
Appellant

v.

Timothy **CORLEY**, Jason Corley and Century Oaks Land LLC,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI02547
Honorable Norma Gonzales, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, Robert Corley's petition for permissive appeal is DENIED, and this appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of this appeal are taxed against petitioner, Robert Corley.

It is so **ORDERED** on June 30, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2021.

_____
Michael A. Cruz, Clerk of Court